IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KENNETH SCOTT BAXLEY<br>Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | Case No.: 4:04cv385<br>(Judge Brown/Judge Bush) |
| KIMBERLY-CLARK CORPORATION,<br>Defendant. | §<br>§ | |

### STIPULATION AND JOINT MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff and Defendant agree and stipulate that the above-entitled case, and the claims asserted therein, be dismissed, with prejudice, with each party to pay its or his own costs, expenses, and attorneys' fees, and respectfully move the Court to enter an Order in substantially the form attached hereto.

Dated February 10, 2006

Respectfully submitted,

/s/
_____

**Wade A. Forsman**
Attorney-in-Charge
State Bar No. 07264257
1331 South Broadway, Suite A
P.O. Box 308
Sulphur Springs, Texas 75483-0308
903.885.7577 Telephone
903.885.7579 Facsimile
forsmanlaw@verizon.net

**Attorney for Plaintiff Kenneth Scott Baxley**

Respectfully submitted,

/s/ w/permission by R. Bissmeyer

_____

**Ramon D. Bissmeyer, Esq.**
State Bar No. 00787088
**COX & SMITH INCORPORATED**
112 East Pecan Street
Suite 1800
San Antonio, Texas 78205
210.554.5500 Telephone
210.226.8395 Facsimile
rbissmeyer@coxsmith.com

**Attorney for Defendant Kimberly-Clark Corporation**

**Certificate of Service**

I certify that a true and correct copy of the foregoing document was served electronically upon the following counsel on this the 10th day of February 2006, as follows:

Ramon D. Bissmeyer, Esq.
Cox & Smith, Inc.
112 East Pecan Street
Suite 1800
San Antonio, Texas 78205

/s/
_____
**Wade A. Forsman**